UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA KENNEDY,

Plaintiff,

-v-

JPMORGAN CHASE, *et al.*,

Defendants.

26-CV-01239 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The notice of removal is defective as it fails to establish complete diversity of the parties

under 28 U.S.C. 1332(a)(1).  Indeed, the underlying state court complaint alleges that Plaintiff as

well as the three individual Defendants are all citizens of the State of New York.  (ECF No. 1-1.)

Defendant Toscano (or Tuscano) requests a conference, contending that there are "material

omissions" in the Stipulation of Removal filed purportedly on behalf of all parties.  (ECF No.

11.)  No conference is necessary, however, as it is clear that complete diversity is lacking

irrespective of the status of Defendant Toscano (or Tuscano).  The Court congratulates Mr.

Bernstein on his two new grandsons.

Accordingly, this case is hereby REMANDED *sua sponte* to New York Supreme Court

for New York County.

SO ORDERED.

Dated:  February 27, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge